### (July 17, 1969)

█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LONNIE EPPS, ALEX MCKIEVER, EDDIE JOSEPHS, LUMUMBA ABDUL SHAKUR, and JOHN J. CASSON, Also Known as ALI BEY HASSAN, Appellants, v. Commissioner of Correction, GEORGE F. MCGRATH, Respondent.— Judgment unanimously affirmed. No opinion. The order of this court entered on July 3, 1969, is vacated. Concur — Capozzoli, J. P., Tilzer, McGivern, Markewich and Steuer, JJ.